In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-09-00078-CV


______________________________




IN RE: EXPUNCTION REQUEST BY


RITA DIANE MINTER




 


On Appeal from the 5th Judicial District Court


Bowie County, Texas


Trial Court No. 09-C-0435-005




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Appellant, the Texas Department of Public Safety, and Appellee, Rita Diane Minter, have
filed with this Court a joint motion which we construe to be a motion to dismiss this appeal and
render judgment in accordance with the parties' agreement pursuant to Rule 42.1(a) of the Texas
Rules of Appellate Procedure. See Tex. R. App. P. 42.1(a). 

 Therefore, to achieve the result desired by the parties, we dismiss the appeal and render
judgment setting aside the order of expunction and rendering judgment in favor of the Department.




 Bailey C. Moseley

 Justice


Date Submitted: November 17, 2009

Date Decided: November 18, 2009